NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30079 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-06012-EFS-1 |
| v. | |
| ARNULFO GOMEZ TEJEDA, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Edward F. Shea, District Judge, Presiding

Submitted April 20, 2021**

Before: THOMAS, Chief Judge, TASHIMA and SILVERMAN, Circuit Judges.

Arnulfo Gomez Tejeda appeals from the district court's order denying his

motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment

782. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gomez Tejeda's

counsel has filed a brief stating that there are no grounds for relief, along with a

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. We have provided Gomez Tejeda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**